FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D17-3670

_____

DENNIS LONG,

    Petitioner,

v.

DEPARTMENT OF CORRECTIONS,

    Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

September 14, 2018

PER CURIAM.

    The petition for writ of certiorari is denied on the merits.

WOLF, LEWIS, and ROWE, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Dennis Long, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Brett Coleman, Assistant Attorney General, Tallahassee, for Respondent.